UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS HABIG,

    Plaintiff,

    v.

RELIANCE STANDARD LIFE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 16-cv-05462-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | June 2, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | September 5, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 4, 2017<br>Rebuttal: August 18, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 5, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | November 7, 2017 [filed by 10/31/17] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, January 19, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 26, 2018 |
| PRETRIAL CONFERENCE: | Friday, February 9, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 26, 2018 at 8:30 a.m. for 5 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

hearing on Friday, January 19, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the Court with the name of an agreed-upon mediator by February 17, 2017 by filing a JOINT Notice.  A compliance hearing regarding shall be held on Friday, February 24, 2017 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By February 17, 2017, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 8, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2