UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HABIG | Case No.: 16-CV-5462-YGR |
| **Plaintiff,** | ORDER SETTING COMPLIANCE HEARING |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; INSURANCE POINT LLC, | |
| **Defendants.** | |

The Court hereby **SETS** a compliance hearing for June 2, 2017 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a JOINT STATEMENT regarding the impact of the Court's Order, Denying Plaintiff's Motion for Partial Summary Judgment and Granting Defendant's Motion for Partial Summary Judgment, on the action, including scheduling.

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated: May 9, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE